UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ROBERT EMERT, | No. 25-3694 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:24-cv-00671-JO-MSB
Southern District of California,
San Diego |
| v. | |
| COUNTY OF SAN DIEGO BOARD OF SUPERVISORS; et al., | ORDER |
| Defendants - Appellees. | |

The motion (Docket Entry No. 14) for leave to file a supplemental brief and any responses are referred to the panel that decides the merits of this case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT