UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT EMERT,

       Plaintiff - Appellant,

  v.

SAN DIEGO COUNTY BOARD OF
SUPERVISORS; et al.,

       Defendants - Appellees.

No. 25-3694

D.C. No. 3:24-cv-00671-JO-MSB
Southern District of California,
San Diego

ORDER

Before:    WARDLAW, CLIFTON, and R. NELSON, Circuit Judges.

The petition (Docket Entry Nos. 20, 21) for panel rehearing is denied.

The request (Docket Entry Nos. 20, 21) for judicial notice is denied as

unnecessary.

The motion (Docket Entry Nos. 20, 21) to stay the mandate is denied. *See*

Fed. R. App. P. 41(b).

The mandate will issue in due course.

No further filings will be entertained in this closed case.