UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT EMERT,

      Plaintiff - Appellant,

  v.

COUNTY OF SAN DIEGO BOARD OF
SUPERVISORS; COUNTY OF SAN
DIEGO; DAWN BALERIO, DDA, Acting
in her official capacity; DAI LUIS PENA,
Acting in his official capacity,

      Defendants - Appellees.

No. 25-3694

D.C. No.
3:24-cv-00671-JO-MSB

Southern District of California,
San Diego

MANDATE

The judgment of this Court, entered January 23, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT